■  KATHLEEN SMITH, Respondent, v. COLONIE TRUCK LEASING Co. et al., Appellants. (And One Other Related Action.) — Appeal from an order entered February 22, 1971 denying defendants' motion to compel plaintiff to answer certain questions at an examination before trial dismissed *sua sponte*, without costs, on the ground that the order is not appealable (see *Kaplan* v. *State of New York*, 36 A D 2d 655). Order denying defendants' motion to strike plaintiff's note of issue affirmed, without costs. Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Simons, JJ., concur.

■  FRANZ NICOLAY et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 48223.) — Appeal from a judgment entered February 3, 1970 upon a decision of the Court of Claims, which awarded the sum of $25,000 to the claimants. Appellant's position, that the award cannot stand since it was based on respondents' appraisal which is devoid of probative value, is well taken. Respondents' appraiser calculated the value of the residence solely by the cost approach method which was clearly erroneous since the building was not a specialty. Furthermore, his valuation of the land, although allegedly based on comparable sales, was discredited by his own admission that many of the sales used were dissimilar from the subject premises; that he had made no adjustments between the sales. Finally, the court did not sufficiently explain the basis of its decision. (*Ridgeway Assoc.* v. *State of New York*, 32 A D 2d 851.) A new trial is therefore mandated. Judgment reversed, on the law and the facts, without costs, and a new trial ordered. Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.